UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER YOUST,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 23-cv-0848** |
| : | |
| **BRUCE ROTH,** *et al.*, : | |
|     **Defendants.** : | |

## O R D E R

AND NOW, this 5th day of June, 2023, upon consideration of Plaintiff Christopher Youst's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Clerk of Court is **DIRECTED** to add the following individuals and entities as Defendants in this matter: (1) Lancaster City Bureau of Police; (2) Manheim Township Police Department; (3) Lancaster County Prison; (4) Magisterial District Judge Mary Sponaugle; (5) Edwin Pfursich; (6) Barry L. Wellener; (7) Dennis C. Dougherty; (8) Dougherty and Wellener Law Firm; (9) Jacqueline Pfursich; (10) Caitlin Blazer; (11) Trista Boyd; (12) Janine Swinehart; (13) Gregory Seiders; (14) Officer Daniel Swigart, Manheim Township Police Department; (15) Officer Eric Lukacs, Lancaster City Bureau of Police; and (16) Officer Ryan Yoder, Lancaster City Bureau of Police.

4. With the exception of Youst's claim for money damages brought pursuant to 42 U.S.C. § 1983 against Defendant Officer Ryan Yoder arising from his August 23, 2022 arrest, all claims contained in Youst's Complaint are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii) for the reasons set forth in the Court's Memorandum.

5. Youst's § 1983 claim for money damages against Defendant Officer Ryan Yoder arising from his August 23, 2022 arrest are **STAYED**, pursuant to the abstention doctrine of *Younger v. Harris*, 401 U.S. 37 (1971) until Youst informs the Court that his related criminal case has been resolved. Following resolution of his criminal case, Youst may file a motion to reopen this matter.

6. The Clerk of Court is **DIRECTED** to **TERMINATE** all Defendants in this case except for Defendant Officer Ryan Yoder.

7. The Clerk of Court is **DIRECTED** not to issue a summons until further order from this Court.

8. The Clerk of Court is **DIRECTED** to **CLOSE** this case for statistical purposes.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**